**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACINTO ACEVEDO ROJAS,<br>Petitioner,<br>v.<br>CHRISTOPHER J. LAROSE; Senior Warden of Otay Mesa; *et al.*,<br>Respondents. | Case No. 26-cv-04153-DMS-DEB<br>**ORDER ON JOINT MOTION TO DISMISS WITHOUT PREJUDICE** |

Having considered the parties' Joint Motion to Dismiss Without Prejudice, and finding good cause therefore, the Joint Motion is hereby **GRANTED**. The Clerk of the Court is directed to close this case.

It is **SO ORDERED**.

Dated: July 29, 2026

Hon. Dana M. Sabraw
United States District Judge